IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CHERYL N. WALKER, ADMINISTRATOR OF KENNETH B. WALKER'S ESTATE, CHERYL N. WALKER, individually, and CHERYL N. WALKER, Legal Guardian of KAYLA WALKER, A DEPENDENT MINOR, | * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION FILE NO.: 4:04-CV-161 (CDL) |
| SHERIFF RALPH JOHNSON, individually and in his official capacity as Sheriff of Muscogee County, Georgia; DEPUTY DAVID GLISSON, individually and in his official capacity as Sheriff's Deputy of Muscogee County; MUSCOGEE COUNTY, GEORGIA; SERGENT FELIX DAVILLA; individually; SERGENT RICKY STINSON; individually and in his official capacity as Metro Narcotics Task Force Special Agent in Charge; SERGENT JAMES PRICE III, individually and in his official capacity as an agent of the Metro Narcotics Task Force; SERGENT JASON WHITTEN, individually and in his official capacity as an agent of the Metro Narcotics Task Force; JODY WILLIFORD; individually and in his official capacity as an agent of the Metro Narcotics Task Force; JONNIE ELLERBIE, individually and in his official capacity as an agent of the Metro Narcotics Task Force; JONATHAN MEMMO, individually and in his official capacity as an agent of the Metro Narcotics Task Force; and the CITY OF COLUMBUS, GEORGIA, a consolidated government, | * * * * * * * * * * * * * * * * * * * * * * * * * | |
| Defendants. | * | |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants SHERIFF RALPH JOHNSON, individually, and in his official capacity as Sheriff of Muscogee County, Georgia, MUSCOGEE COUNTY, GEORGIA, SEARGENT FELIX DAVILLA, individually, SEARGENT RICKY STINSON, individually, and in his official capacity as Metro Narcotics Task Force Special Agent in Charge, SERGENT JASON WHITTEN, individually, and in his official capacity as an agent of the Metro Narcotics Task Force, JODY WILLIFORD, individually, and in his official capacity as an agent of the Metro Narcotics Task Force, JONNIE ELLERBIE, individually, and in his official capacity as an agent of the Metro Narcotics Task Force, JONATHAN MEMMO, individually, and in his official capacity as an agent of the Metro Narcotics Task Force, and the CITY OF COLUMBUS, GEORGIA, a consolidated government (collectively, "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 56 and Local Rule 56, hereby respectfully move the Court for summary judgment in Defendants' favor as to all Counts in Plaintiffs' Complaint, as amended.[1] For grounds therefor, Defendants state that there is no genuine issue of material fact to be tried with respect to any of the Complaint's allegations and that they are entitled to judgment as a matter of law.

For further grounds therefor, Defendants respectfully refer the Court to the accompanying Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried and Memorandum Of Law In Support Of Defendants' Motion For Summary Judgment.

---

[1] Defendant Deputy David Glisson is no longer employed by the Muscogee County Sheriff's Office and is represented by separate counsel in this matter. To the extent, however, that this motion is filed on behalf of the Muscogee County Sheriff and his deputies, who are arms of the State of Georgia, this motion also covers Deputy Glisson as a defendant in his official capacity. "It is well established that a suit against a defendant governmental officer in his official capacity is the same as a suit against the entity of which the officer is an agent." *Manders v. Lee*, 285 F.3d 983, 990 (11th Cir. 2002)(panel decision)("*Manders I*"), citing *McMillian v. Monroe County*, 520 U.S. 781, 785 n.2 (1997); *Ky. v. Graham*, 473 U.S. 159 (1985).

This the 1st day of May, 2006.

                                                PAGE, SCRANTOM, SPROUSE,
                                                TUCKER & FORD, P.C.

                                                By: *James C. Clark* (TFG w/express permission)
                                                       James C. Clark, Jr.
                                                       Georgia Bar No.: 127145

                                              By: *Thomas F. Gristina*
                                                       Thomas F. Gristina
                                                       Georgia Bar No.: 452454

1111 Bay Avenue, Third Floor
Columbus, Georgia  31901
(706) 324-0251

                                              *Clifton C. Fay* (TFG w/express permission)
                                                Clifton C. Fay
                                                Georgia Bar No.: 256460

                                              *Jaimie B. DeLoach* (TFG w/express permission)
                                                Jaimie B. DeLoach
                                                Georgia Bar No.: 081638

P.O. Box 1340
Columbus, Georgia 31902

                                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Defendants and that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard C. Hagler
927 3rd Avenue
Columbus, Georgia 31901
Attorney for Defendant Glisson

William T. Mitchell
Cruser & Mitchell, LLP
3500 Parkway Lane
Norcross, Georgia 30092
Attorneys for Plaintiffs

William C. Campbell
Willie E. Gary
Gary, Williams, Parenti, Finney, Lewis
    Watson & Sperando, P.L.
221 E. Osceola Street
Stuart, Florida 34994
Attorneys for Plaintiffs

Dwayne L. Brown
P.O. Box 230205
Montgomery, Alabama 36123-0205
Attorneys for Plaintiffs

Terry Williams
205 Culver Street
Lawrenceville, Georgia 30045
Attorneys for Defendant Price

This 1st day of May, 2006.

Counsel for Defendants