```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

CHERYL N. WALKER, Administrator      *
Of KENNETH B. WALKER'S ESTATE,       *
CHERYL N. WALKER, Individually,      *
And CHERYL N. WALKER, Legal          *
Guardian of KAYLA WALKER, a          *
Dependent Minor,                     *
                                     *
    Plaintiff,                       *       CIVIL ACTION FILE
                                     *       NO. 4:04-CV-161 (CDL)
    v.                               *
                                     *
SHERIFF RALPH JOHNSON, individually  *
and in his official capacity as      *
Sheriff of Muscogee County, et al.,  *
                                     *
    Defendants.                      *

### PLAINTIFF'S MOTION TO STRIKE ANSWERS OF DEFENDANTS PRICE, STINSON AND ELLERBEE

COMES NOW plaintiff Cheryl Walker and, pursuant to Federal Rule of Civil Procedure 37(b)(2)(C), hereby files this Motion to Strike Answers of Defendants Price, Stinson and Ellerbee. Plaintiff seeks relief on all legal issues based on the undisputed facts. In support of her motion, plaintiff relies on the following:

    1.    The following exhibits attached hereto:

        Exhibit A – Diagram of Northwoods Apartments;

        Exhibit B – Photographs of Northwoods Apartments;

Exhibit C – Transcript of telephone calls from CI allegedly to "Bo Jack" on December 11, 2003;

Exhibit D – Internal Affairs interview of Sgt. Price taken December 11, 2003;

Exhibit E – Supplemental Report, Complaint No. 03034005, dated December 11, 2003;

Exhibit F – Internal Affairs interview of the CI (redacted) on December 11, 2003;

Exhibit G – Search Warrant for 5000 Armour Road, Apt. 3 G;

Exhibit H – summary of GBI interview of Sgt. Stinson on December 15, 2003;

Exhibit I – Incident Report, complaint no. 0500064; dated January 7, 2005;

Exhibit J – GCIC criminal history of CI (redacted) as of February 9, 2006;

Exhibit K – Summary of GBI interview of Agent Whitten dated December 15, 2002;

Exhibit L – Open Records Act requests to Muscogee County Sheriff and to Columbus Police Department;

>   Exhibt M – Letter from defense counsel Jim Clark regarding request for open records;
>
>   Exhibit N – Letter to Jim Clark from Bill Mitchell regarding Open Records Act requests; and
>
>   Affidavit of CI, which has been redacted to protect his identity.

2. Plaintiff's Brief in Support of her Motion to Strike Answers of Defendants Price, Stinson and Ellerbee;

3. Plaintiff's Statement of Material Facts;

4. All Depositions and exhibits thereto filed with plaintiff's Certificate of Need to File Original Discovery; and

5. All of the pleadings and evidence filed in this case.

WHEREFORE, for the foregoing reasons and those set forth in Plaintiff's Brief in Support of Motion to Strike Answers of Defendants Price, Stinson and Ellerbee, and Plaintiff's Statement of Material Facts, plaintiff respectfully requests that this Court grant her Motion to Strike in its entirety, casting all costs against defendants.

Respectfully submitted, this 1st day of May, 2006.

                                GARY, WILLIAMS, PARENTI, FINNEY,
                                LEWIS, MCMANUS, WATSON & SPERANDO, P.L.

221 E. Osceola St.
Stuart, FL 34994
TEL: 772-283-8260
FAX: 770-463-4319      _s/Willie Gary_____
                                Willie Gary


CRUSER & MITCHELL, LLP
3500 Parkway Lane
Suite 750
Norcross, GA 30092
TEL: 404-881-2622
FAX: 404-881-2630      _s/William T. Mitchell_____
                                William T. Mitchell
                                Georgia Bar No. 513810
                                Karen E. Woodward
                                Georgia Bar No. 775260

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed **PLAINTIFF'S MOTION TO STRIKE ANSWERS OF DEFENDANTS PRICE, STINSON AND ELLERBEE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| James C. Clark, Jr., Esq.<br>Thomas F. Gristina<br>Page, Scranton, Sprouse, Tucker & Ford, P.C.<br>1111 Bay Avenue, Third Floor<br>Columbus, GA 31901 | Clifton C. Fay, Esq.<br>Jaimie B. DeLoach, Esq.<br>P. O. Box 1340<br>Columbus, GA 31902<br>Attorneys for Defendants Sheriff Johnson and Muscogee County |
| Richard C. Hagler, Esq.<br>927 3rd Avenue<br>Columbus, GA 31901<br>Attorney for Defendant Glisson | Terry E. Williams, Esq.<br>205 Culver Street<br>Lawrenceville, GA 30045<br>Attorney for Defendant James Price, III. |

This 1st day of May, 2006.

Cruser & Mitchell, LLP
Peachtree Ridge, Suite 750
3500 Parkway Lane
Norcross, Georgia 30092
(404) 881-2622

Cruser & Mitchell, LLP

s/William T. Mitchell
Georgia Bar No. 513810

{K:\5047\001\00118234.DOC}