IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHERYL N. WALKER, Administrator         *
of Kenneth B. Walker's Estate,
and CHERYL N. WALKER,                   *
Individually, and CHERYL N.
WALKER, Legal Guardian of Kayla         *
Walker, a Dependent Minor,
                                        *
     Plaintiffs,
                                        *
vs.                                         CASE NO. 4:04-CV-161(CDL)
                                        *
SHERIFF RALPH JOHNSON, et al.,
                                        *
     Defendants.
                                        *

O R D E R

Plaintiff and Defendants have reached a final settlement in the above captioned action. Since the settlement involves a minor, the parties must obtain this Court's approval of the settlement. Plaintiff seeks to file her Motion to Approve Settlement, Brief in Support, and accompanying exhibits under seal to maintain the confidentiality of the settlement terms.[1] While the Court is sympathetic to the privacy rights of the minor child, the Court is also mindful that the Federal Courts are public institutions and must

---

[1] Plaintiff also contends that because the settlement documents reference an anonymous gift that facilitated the settlement and those donors do not wish to be identified, the settlement terms should remain confidential. The settlement documents provided to the Court, however, do not reveal the identities of the anonymous donors who participated in funding the settlement, and the Court does not find that their disclosure is necessary. Therefore, protecting their identities is not a legitimate reason for filing the settlement documents under seal, since their identities will not be disclosed in the public documents.

operate in the light of day.  Balancing the Plaintiff's interest in confidentiality with the right of the public to know the terms of a settlement that is funded substantially with taxpayer funds, the Court finds that the presumption that the official actions of our Courts shall be made in the open must prevail.  Accordingly, Plaintiff's Motion to Seal (Doc. 154) is denied.

The parties shall file electronically their Motion to Approve the Settlement on or before October 3, 2008.  A hearing on that motion is hereby scheduled for October 23, 2008 beginning at 10:00 A.M.

IT IS SO ORDERED, this 26th day of September, 2008.

                                        S/Clay D. Land
                                            CLAY D. LAND
                          UNITED STATES DISTRICT JUDGE