IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHERYL N. WALKER, ADMINISTRATOR OF KENNETH B. WALKER'S ESTATE, *et al.*, <br><br>     Plaintiffs, <br> vs. <br><br> SHERIFF RALPH JOHNSON, *et al.*, <br><br>     Defendants. | CASE NO.  4:04-CV-161 (CDL) |

ORDER APPROVING
SETTLEMENT INVOLVING A MINOR

Plaintiff Cheryl N. Walker and all defendants to the above-styled case have agreed upon a compromise settlement of all claims, which plaintiff believes to be fair, reasonable and just under the circumstances. This Court approves the settlement based upon the following:

1.

This case involves claims arising out of the death of Kenneth Walker, who is survived by his wife Cheryl N. Walker and a minor child K.W..  K.W. is a beneficiary of the settlement, and therefore the Court's approval is required to finalize the settlement.

2.

All parties have been represented adequately and are properly before this Court.

3.

The Amended Complaint states claims upon which relief can be granted.  The plaintiff asserts that the defendants are liable for their violations of civil rights and of state tort law.

4.

The defendants do not admit any liability by entering into a settlement agreement with the plaintiff.

5.

Over the past four years, the plaintiff's counsel has rendered services, including, but not limited to, investigation and research of the claims; finding and interviewing witnesses; consultation of experts; preparation of numerous court pleadings, motions, and discovery documents; preparing, taking and defending over twenty depositions; and engaging in settlement negotiations with the defendants.

6.

On August 12, 2008, the Council of Columbus, Georgia authorized the settlement of this matter with the settlement proceeds from Columbus going toward the purchase of an annuity or an educational fund for the benefit of the minor child. The payment information for this annuity is attached to Plaintiff's Motion for Approval of Settlement.

7.

Additionally, Harris County's insurance carrier on the behalf of defendant Price has contributed $60,000 to resolve this matter. Plaintiff Cheryl Walker as the surviving spouse of decedent Kenneth Walker will receive these funds.

8.

Lastly, while not formally a part of this civil litigation or settlement, private and anonymous donors have pledged to make a financial gift to plaintiff Cheryl Walker.

Having considered all the relevant facts relating to this settlement and having reviewed the annuity payment information attached hereto, this Court concludes that the proposed settlement is fair, reasonable and just. In addition, this Court concludes that that this settlement is made in good faith and will be in the best interest of said minor K.W. and will advance the minor's interests. This Court hereby approves the settlement and authorizes the parties to execute all necessary settlement agreements and releases in accordance with the settlement terms presented to the Court.

IT IS ORDERED that Columbus, Georgia will fund a structured settlement. The obligation to make the structured settlement payments will be assigned to Prudential Assigned Settlement Services Corporation ("Assignee") by way of a Uniform Qualified Assignment by the unified government of Columbus, Georgia. In accordance with the Uniform Qualified Assignment, the assignee will fund its obligation to make the periodic payments through the purchase of an annuity from Prudential Insurance Company of America, an A+, 15 rated life carrier by the independent rating service, A.M. Best. Prudential Insurance Company of America will issue a Guarantee guaranteeing the payment obligations of Prudential Assigned Settlement Services Corporation. The following periodic payments will be paid on behalf of K.W.: $290 per month, guaranteed 5 years and 11 months, commencing 07/15/2012; $15,000 paid semi-annually ($30,000.00 per year), guaranteed 4 years, commencing 07/15/2018; $1,000.00 per month, guaranteed 5 years, commencing 08/15/2018; and a guaranteed lump sum payment at age 25 in the amount of $215,000.00.

IT IS FURTHER ORDERED that Plaintiff is authorized to pay expenses and fees of litigation as outlined in Plaintiff's Motion for Approval of Settlement Involving a Minor.

SO ORDERED this 23rd day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE